ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 27 2005
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| JAMES ELLIS, JR., #661137,<br>      Petitioner, | )<br>)<br>) |
| v. | ) No. 3:03-CV-1974-H<br>) |
| DOUGLAS DRETKE, Director, Texas<br>Department of Criminal Justice,<br>Institutional Division,<br>      Respondent. | )<br>)<br>)<br>) |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

Signed this 27 day of April, 2005.

_____
BAREFOOT SANDERS
UNITED STATES DISTRICT JUDGE